UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-00372-SPG-MAA | Date | January 25, 2024 |
| Title | United African Asian Abilities Club et al v. La Jolla Courtyard, LLC et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceeding:**   **(IN CHAMBERS) ORDER**

The docket reflects that the parties are not actively pursuing this matter. The Parties filed a Stipulation to Set Aside Default as to Defendant La Jolla Courtyard. (ECF No. 23). The Court granted the stipulation setting aside default and set a deadline for Defendant to file a responsive pleading by September 18, 2023. To date no such filing or any other activity has been filed on the docket.

By February 1, 2024, the parties must file a joint status report, not to exceed two pages, setting forth the current status of the litigation; *or* file a notice of dismissal and proposed order.

**IT IS SO ORDERED**.

:

Initials of Preparer   pg